**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x  Civil Action No.: CV-06-1658(ARR)(RLM)

UNITED STATES OF AMERICA, §
§
         Plaintiff, §
- against- §
§
DANIEL BIZGAN, §
§
         Defendant. §
-----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Daniel Bizgan failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Daniel Bizgan:

**Claim No. C106-00423**

| | |
|---|---|
| Principal Balance: | $84,469.21 |
| Total Interest Accrued at 7.000%: | $2,867.37 |
| Filing and Service of Process: | ~~$385.00~~ |
| Subtotal: | ~~$87,721.58~~ |
| Attorney's Fees: | $ |
| Total Owed: | $ 81,336.58 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
July 17, 2006

                                         Robert Heinemann
                                         ~~Allyne R. Ross~~ Robert C. Heinemann
                                         ~~United States District Judge~~ Clerk of Court